# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH (CENTRAL DIVISION)

| | |
|---|---|
| ELEUTIAN TECHNOLOGY, INC.,<br><br>Plaintiff and Counterclaim-Defendant<br><br>v.<br><br>ELLUCIAN COMPANY, L.P.,<br><br>Defendant and Counterclaim-Plaintiff. | **JOINT STIPULATION OF DISMISSAL BY ELEUTIAN TECHNOLOGY, INC. AND ELLUCIAN COMPANY L.P.**<br><br>Case No. 2:15-CV-00649-DN<br><br>Chief Judge David Nuffer |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Eleutian Technology, Inc. and Defendant Ellucian Company L.P. hereby stipulate as follows:

1. All claims and counterclaims in the above-captioned action are hereby dismissed WITH PREJUDICE;

2. Each party shall be responsible for its own costs, expenses and attorneys' fees.

DATED this 30th day of March, 2018.

    Respectfully submitted,

    PARR BROWN GEE & LOVELESS, P.C.

    By:   /Gregory M. Hess/
     Gregory M. Hess, Esq.
     Bentley J. Tolk, Esq.
     Chad S. Pehrson, Esq.
     Jeffery A. Balls, Esq.
     PARR BROWN GEE & LOVELESS
     101 South 200 East, Suite 700
     Salt Lake City, UT  84111
     Tel.:  (801) 532-7840
     ghess@parrbrown.com
     btolk@parrbrown.com
     cpehrson@parrbrown.com
     jballs@parrbrown.com

    Attorneys for Plaintiff Eleutian Technology, Inc.


    SIMPSON THACHER & BARTLETT LLP

    By:   /Johathan C. Sanders/
     Jeffrey E. Ostrow, Esq.
     Jonathan C. Sanders, Esq.
     Elizabeth H. White, Esq.
     SIMPSON THACHER & BARTLETT LLP
     2475 Hanover Street
     Palo Alto, CA  94304
     Tel.:  (650) 251-5000
     jostrow@stblaw.com
     jsanders@stblaw.com
     elizabeth.white@stblaw.com

    Attorneys for Defendant Ellucian Company L.P.

PARSONS BEHLE & LATIMER

By:   /Erik A. Christiansen/
     Erik A. Christiansen, Esq.
     PARSONS BEHLE & LATIMER
     201 South Main Street, Suite 1800
     Salt Lake City, Utah 84111
     Tel.: (801) 532-1234
     echristiansen@parsonsbehle.com

Attorneys for Defendant Ellucian Company L.P.

## **CERTIFICATE OF SERVICE**

On this 30th day of March, 2018, I hereby certify that I electronically filed the foregoing Joint Stipulation of Dismissal by Eleutian Technology, Inc. and Ellucian Company L.P. and [Proposed] Order with the Clerk of Court using the CM/ECF system, which will send an electronic notification to all counsel of record.

    /Gregory M. Hess/

PARR BROWN GEE & LOVELESS
Attorneys Plaintiff Eleutian Technology, Inc.